JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BAGDASARIAN, | CASE NO.: CV10-02820 JST (FMOx) |
| | *Hon. Josephine Staton Tucker, Ctrm. 10A, Santa Ana* |
| | *Hon. Fernando M. Olguin, Ctrm. F, 9th Fl.* |
| *Plaintiff,* | |
| v. | **ORDER DISMISSING ENTIRE ACTION** |
| LOS ANGELES POLICE DEPARTMENT; CITY OF LOS ANGELES, and DOES 1 through 50, inclusive, | [Filed concurrently with Stipulation For Dismissal of Entire Action] |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action against Defendants **LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and DOES 1 through 50, inclusive,** is dismissed, with prejudice.

DATED: December 19, 2011

_____
JOSEPHINE STATON TUCKER,
UNITED STATES DISTRICT COURT JUDGE

1