JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BAGDASARIAN,<br><br>*Plaintiff,*<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT; CITY OF LOS ANGELES, and DOES 1 through 50, inclusive,<br><br>*Defendants.* | CASE NO.: CV10-02820 JST (FMOx)<br>*Hon. Josephine Staton Tucker, Ctrm. 10A, Santa Ana*<br>*Hon. Fernando M. Olguin, Ctrm. F, 9th Fl.*<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**[Filed concurrently with Stipulation For Dismissal of Entire Action]** |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action against Defendants **LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and DOES 1 through 50, inclusive,** is dismissed, with prejudice.

DATED: December 19, 2011

JOSEPHINE STATON TUCKER,
UNITED STATES DISTRICT COURT JUDGE

1